# *United States District Court*
# *District of Minnesota*
### *Minneapolis, Minnesota*

Clerk's Notice
In Re: Receipt of Bill of Costs

| | |
|---|---|
| Civil Action Number: | 01-CV-1941 RHK/JSM |
| Title of Action: | Robert & Sherry Mattke VS Mayo Foundation et al |

TO COUNSEL:

You are hereby notified that a Bill of Costs was filed by Mayo Clinic Rochester and Mayo Foundation in the above entitled action on July 2, 2003.

The briefing schedule for taxation of costs is as follows:

> Objections are to be submitted in writing within 10 days of date of this notice.
>
> A response to objections may be submitted within 5 days thereafter.

If no objections are received, costs will be taxed as submitted. If the matter of taxing costs is disposed of prior to being taxed by the Clerk, please notify the undersigned of this disposition.

DATED: July 7, 2003

RICHARD D. SLETTEN, CLERK

By G Schneider
Gloria Schneider, Deputy Clerk