#253715

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** CV 01-1941 RHK/JSM **Case Title:** Mattke v. Deschamps

**Affidavit of Movant**

I, James E. Lindell, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Ray A. Fenton, an attorney admitted to practice in the Southern District of Iowa, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant Robert Mattke in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature — 63423 MN Attorney License # — 11·20·2001 Date

**Affidavit of Proposed Admittee**

I, Ray A. Fenton, am currently a member in good standing of the U.S. District Court for the Southern District of Iowa, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Ray A. Fenton — Type/Print Name; [signature] Ray A. Fenton — Signature; 11/13/01 — Date

Attorney License Number: 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

Law Firm Name & Address: Hudson, Mallaney & Shindler, P.C.
604 Locust Ave., Suite 1116
Des Moines, Iowa 50309

Telephone: (515) 223-4567

Motion Granted: [signature] Richard D. Sletten
For the Court: Richard D. Sletten, Clerk

NOV 26 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(Prohacvice.wpd) (9/01)

FILED NOV 26 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK