UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBERT E. MATTKE and
SHERRY MATTKE,

CIVIL NO. 01-1941 (RHK)

Plaintiffs,

v.

ORDER OF RECUSAL

CLAUDE DESCHAMPS, M.D., et al.,

Defendants.

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter. The Pretrial Conference scheduled before the undersigned for January 11, 2002 is canceled.

Dated: January 3, 2002

JOHN M. MASON
United States Magistrate Judge

Filed JAN 03 2002
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Robert E. Mattke, et ux

vs. 01-1941RHK/JGL

Claude Deschamps

The above-entitled matter has been referred to Magistrate Judge Jonathan G. Lebedoff pursuant to an Order of Recusal by Magistrate Judge Mason. Please note the change in the MJ's initials above and refer to them when submitting documents to the court for filing. Judge Kyle will remain the presiding judge on the case.