UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1941 (RHK/JGL)

ROBERT E. MATTKE, et al.,

Plaintiffs,

v.

**PRETRIAL ORDER**

CLAUDE DESCHAMPS, M.D., et al.,

Defendants.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is four to five days;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to April 1, 2002;

3. Plaintiffs shall disclose all expert witnesses, including reports, by October 1, 2002; Defendants shall disclose all expert witnesses, including reports, by December 1, 2002; All parties shall disclose all expert witness rebuttal reports by January 15, 2003;

4. The period during which the parties may seek discovery shall be completed by February 1, 2003;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to February 1, 2003;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to March 1, 2003; and

7. This case will be considered "ready for trial" as of May 1, 2003.

DATED: February 8, 2002

JONATHAN LEBEDOFF
United States Magistrate Judge

FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____