**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Robert E. Mattke
et al

Plaintiffs,

vs. CV 01-1941 RHK/JSM

Claude Deschamps,M.D>
et al

Defendants.

**NOTICE OF JURY TRIAL**

A JURY TRIAL is scheduled for Monday, May 5, 2003, at 9:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

April 1, 2003

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed APR 02 2003
Richard D. Sletten,Clerk

By:____________________