**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Robert E. Mattke and
Sherry Mattke,

Plaintiffs,

v.

Civil No. 01-1941 (RHK/JSM)
**ORDER**

Mayo Clinic, Rochester and
Mayo Foundation,

Defendants.

---

**IT IS ORDERED:**

1. Plaintiffs' request to add "permanent loss of body part" to Instructions No. 15 and 16 and to Special Verdict Form is **DENIED;**

2. Plaintiffs' request to delete the last paragraph of Instruction No. 11 is **DENIED;**

3. Plaintiffs' request to add Plaintiffs' Proposed Instructions No. 16, 18, 22, 23, and 30 are **DENIED**, except that the phrase "care and treatment" has been changed to "diagnosis, care, or treatment" in Instruction No. 8 and in the Special Verdict Form;

4. Defendants' request to add Defendants' Proposed Instructions No. 20 and 31 are **GRANTED.**

Dated: May 7, 2003

RICHARD H. KYLE
United States District Judge

FILED MAY 07 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK