**IN THE UNITED STATES DISTRICT COURT**
**THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| **ROBERT E. MATTKE and SHERRY MATTKE,** | ) | |
| **Plaintiffs,** | ) | |
| | ) | **CASE NO.** 01-CV-1941 RHK/JSM |
| **vs.** | ) | |
| **The MAYO CLINIC, ROCHESTER, and The MAYO FOUNDATION,** | ) | **NOTICE OF APPEAL** |
| **Defendants.** | ) | |

**COMES NOW** the Plaintiffs, by and through the undersigned counsel, and for their Notice of Appeal, hereby state to the Court the following:

**NOTICE IS HEREBY GIVEN** that Robert E. Mattke and Sherry Mattke, the Plaintiffs in the above captioned matter, hereby appeal to the United States Court of Appeals for the Eight Circuit from final judgment entered in this action on the 9th day of May 2003, the Order entered by the Court on May 7, 2003 concerning jury instructions, and any and all other Orders or Rulings issued by the Court during the Trial of the above captioned matter, which commenced on May 5, 2003 and concluded on May 8, 2003.

Respectfully Submitted,

Ryan E. Weese PK# 2848016
HUDSON, MALLANEY & SHINDLER
604 Locust, Suite 1116
Des Moines, Iowa 50309
Phone: 515-223-4567
Fax: 515-223-8887
ATTORNEYS FOR PLAINTIFFS

FILED JUN - 4 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

61

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

## TRANSMITTAL OF APPEAL

**Date:** June 5, 2003
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Gloria Schneider, Deputy Clerk

**In Re:** District Court Case No.: 01-cv-1941 RHK/JSM
Eighth Circuit Case No.:
Case Title: Mattke vs The Mayo Clinic, et al

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

- ☒ Notice of Appeal
- ☒ Order/Judgement appealed from
- ☒ Docket Entries
- ☐ Other:
  - ☒ The statutory filing fee has been paid, receipt # 142488.
  - ☐ The statutory filing fee has been waived:
    - ☐ USA filed appeal
    - ☐ In Forma Pauperis: ☐ Motion Pending ☐ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

- ☐ Original File(s), consisting of file(s).
- ☐ Two certified copies, and one uncertified copy of updated docket sheet from .
- ☐ Designated Clerk's Record # .
- ☐ Other:
- ☐ Transcript(s): (Listed below or on attached list)

| **Volume** | **Date** | **Proceeding** |
|---|---|---|

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ____________ Received by: ______________________

Date Returned to USDC: ______________

Modified 05/09/03

# U.S. COURT OF APPEALS -- EIGHTH CIRCUIT

## NOA SUPPLEMENT FORM

Please note any additions or deletions to the style of the case from the style listed on the docket sheet, or attach an amended docket sheet with the final style of the case.

Length of Trial: days

Financial Status:

Fee Paid? ☒ Yes, receipt # ☐ No, motion for IFP pending? ☐ Yes ☐ No
☐ Pro Se ☐ Prisoner

USA filed appeal? ☐ Yes ☐ No

Are there any other pending post-judgement motions? ☐ Yes ☐ No

Is there any keen local interest in this case? ☐ Yes ☐ No

Was a court reporter utilized? ☐ Yes ☐ No

If yes, please identify the court reporter:

Name: Robt. Riley
Address: 316 N. Robert Street - RM 646
St. Paul, MN 55101
Phone: 651- 848-1220

☐ Forms A & B were not enclosed; mailed to counsel.

☐ Forms A & B were given to counsel at the counter.

☒ Completed Form A enclosed in transmittal letter.

**SPECIAL COMMENTS:**

G. Schneider

Gloria Schneider, Deputy Clerk