UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert E. Mattke and Sherry Mattke,

Plaintiffs, Civil 01-CV-1941 RHK/JSM

v.

Mayo Clinic Rochester and Mayo Foundation ,

Defendants.

## COST JUDGMENT

The costs of Defendants Mayo Clinic Rochester and Mayo Foundation have been taxed and allowed by the Clerk of this Court against Plaintiffs Robert E. Mattke and Sherry Mattke as follows:

| | Claimed | Allowed |
|---|---|---|
| Court reporter fees for transcripts necessarily obtained for use in the case | $ 1,272.75 | $ 1,272.75 |
| Fees for witnesses | $ 3,386.08 | $ 2,855.08 |
| Fees for exemplification and copies | $ 3,377.26 | $ 3,377.26 |
| TOTAL: | $ 8,036.09 | $ 7,505.09 |

Costs, therefore, are taxed in the sum of Seven Thousand Five Hundred and Five Dollars and 09/100 ($7,505.09) in favor of Defendants Mayo Clinic Rochester and Mayo Foundation and against the Plaintiffs and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of July 24, 2003.

RICHARD D. SLETTEN, CLERK

By Amy M. Leonetti

Amy M. Leonetti, Law Clerk

FILED JUL 24 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INTIALS