**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Robert E. Mattke and
Sherry Mattke,

Plaintiffs,

Civil No. 01-1941 (RHK/JSM)

v.

**ORDER**

The Mayo Clinic, Rochester and The
Mayo Foundation,

Defendants.

---

Plaintiff's Motion for Review of Cost Judgment (Doc. No. 74) is **DENIED**.

Dated: August 20, 2003

Richard H. Kyle
United States District Judge



AUG 20 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK